IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03122-BNB

MALIK SMITH,

    Applicant,

v.

WARDEN OLIVER,

    Respondent.

---

ORDER DRAWING CASE

---

After review pursuant to D.C.COLO.LCivR 8.2(b), the Court has determined that this case does not appear to be appropriate for summary dismissal and should be drawn to a presiding judge and, if appropriate, to a magistrate judge. *See* D.C.COLO.LCivR 8.2(c). Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, if appropriate, to a magistrate judge.

DATED February 3, 2014, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge