**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03122-CMA

MALIK SMITH,

    Petitioner,

v.

WARDEN OLIVER,

    Respondent.

**FINAL JUDGMENT**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order on Application for Writ of Habeas Corpus of Judge Christine M. Arguello entered on July 14, 2014 it is

ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Docket No. 1 filed November 15, 2013), is denied; and it is further

ORDERED that this action is dismissed with prejudice. It is further

ORDERED that Respondent shall have his costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment , and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 15th day of July, 2014.

                                                    FOR THE COURT:
                                                    JEFFREY P. COLWELL, CLERK

                                                   By: s/   A. Thomas

                                                      Deputy Clerk